John DOWNEY, Appellant, v. COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky

September 24, 1946.

Hall & Smith for appellant.

Eldon S. Dummit, Attorney General, and H. K. Spear, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied. Judgment affirmed.

Dr. James W. McCLURE, Appellant, v. J. T. HENDERSON, Appellee.

Court of Appeals of Kentucky

October 4, 1946.

Zeb A. Stewart for appellant.

Kirtley & Kirtley for appellee.

PER CURIAM.

Appeal denied. Judgment affirmed.

KENTUCKY-WEST VIRGINIA GAS COMPANY, Movant, v. W. A. CHARLES, Opposed.

Court of Appeals of Kentucky

October 15, 1946.

Francis L. Rice and Combs and Combs for movant.

Abner May opposed.

PER CURIAM.

Motion for appeal overruled. Judgment affirmed.